COURT EXHIBIT

#8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREA L. VAN VORST, KENNETH
MAHNKEN, YVETTE SOTO, and MARTIN J.
WEINER,

                                        Plaintiffs,

        – against –

LUTHERAN HEALTHCARE d/b/a
LUTHERAN MEDICAL CENTER,

                                        Defendant.

**VERDICT FORM
FOR ANDREA L. VAN VORST**

15-cv-1667 (ERK)

## LIABILITY

Did Plaintiff Andrea L. Van Vorst prove, by a preponderance of the evidence, that the Hospital discriminated against her (as I have defined the term in the Jury Instructions) at any point during her medical care?

_____ Yes          ☒ No

## COMPENSATORY DAMAGES

Did Ms. Van Vorst prove, by a preponderance of the evidence, that she is entitled to compensatory damages?

_____ Yes          _____ No

$ _____

## NOMINAL DAMAGES

If you indicated above that (i) Ms. Van Vorst proved that the Hospital discriminated against her, and (ii) Ms. Van Vorst did not prove that she is entitled to compensatory damages, then award her $1.00 in the space below. Otherwise, leave this space blank.

$ _____

## PUNITIVE DAMAGES

Did Ms. Van Vorst prove, by clear and convincing evidence, that she is entitled to punitive damages?

_____ Yes          _____ No

What amount of punitive damages, if any, do you award Ms. Van Vorst?

$ _____

_____
Foreperson

Date: August 23, 2019

2